```
STEPHANIE M. HINDS (CABN 154284)
United States Attorney

TOM COLTHURST (CABN 99493)
Chief, Criminal Division

CYNTHIA JOHNSON (CABN 328932)
Special Assistant United States Attorney

    1301 Clay Street, Suite 340S
    Oakland, California 94612
    Telephone: (510) 637-3693
    FAX: (510) 637-3724
    Cynthia.Johnson@usdoj.gov

Attorneys for United States of America
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: 11-CR-00668-001 CW |
| Plaintiff, | STIPULATION AND ORDER TO CONTINUE HEARING |
| v. | Date: November 4, 2022 |
| CHARLIE OKIGBO, JR., | Time: 10:30 AM |
| Defendant. | Hon. Donna M. Ryu |

On November 4, 2022, the above-entitled matter is scheduled for an arraignment hearing on an amended Form 12 Petition. However, the petition has yet to be filed. U.S. Probation is waiting on additional information from the state to complete the report. Therefore, the parties request that the arraignment hearing on November 4, 2022 be continued to November 17, 2022 at 10:30 a.m.

IT IS STIPULATED AND AGREED that this matter set for November 4, 2022, at 10:30 am be continued to November, 17, 2022, at 10:30 a.m.

//

IT IS SO STIPULATED.

Dated: November 3, 2022

/S/
JAMES P. VAUGHNS
Counsel for Defendant

Dated: November 3, 2022

STEPHANIE HINDS
United States Attorney

/S/
CYNTHIA JOHNSON
SPECIAL ASSISTANT US ATTORNEY

IT IS SO ORDERED.

Dated: November 3, 2022

IT IS SO ORDERED
Judge Donna M. Ryu

HON. DONNA M. RYU
United States Magistrate Judge

ORDER TO CONTINUE
*OKIGBO* 11-CR-00668-001 CW